Michael A. Oblon, Perkins Coie, LLP, of Washington, DC, argued for plaintiffs-appellees. With him on the brief were Jonathan M. James, Dan L. Bagatell, and Tyler R. Bowen, of Phoenix, AZ.

Mitchell G. Stockwell, Kilpatrick Townsend & Stockton, LLP, of Atlanta, GA, argued for defendant-appellant. With him on the brief were Geoffrey K. Gavin and David A. Reed. Of counsel was K. James Sangston.

DYK, O'MALLEY, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Matthew C. Juren, Matthews Lawson PLLC, of Houston, TX, argued for plaintiff-appellant. With him on the brief were Guy E. Matthews, C. Vernon Lawson, and Erik J. Osterrieder. Of counsel on the brief was Guy Fisher, Provost Umphrey Law Firm, LLP, of Beaumont, TX.

Thomas Melsheimer, Fish & Richardson, P.C., of Dallas, TX, argued for defendant-appellee. With him on the brief were Neil Mcnabnay and David Conrad, of Dallas, TX, and John A. Dragseth, of Minneapolis, MN.

MOORE, SCHALL, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**ICON INTERNET COMPETENCE NETWORK B.V., Plaintiff–Appellant,**

v.

**TRAVELOCITY.COM LP, Defendant–Appellee.**

No. 2013–1295.

United States Court of Appeals, Federal Circuit.

Jan. 8, 2014.

**Billie D. McDONALD, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Defendant–Appellee.**

No. 2013–7068.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2014.